**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 0 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-1970 JCH |
| ) | |
| vs. ) | 18 U.S.C. § 2113(a): Bank Robbery. |
| ) | |
| **THOMAS DAVID MARTIN,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

On or about April 25, 2025, in Santa Fe County, in the District of New Mexico, the defendant, **THOMAS DAVID MARTIN**, by force and violence, and by intimidation, took from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney